WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Combined Aircraft Ownership LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Learjet Incorporated,<br><br>    Defendant. | No. CV-20-00330-TUC-RM<br><br>**ORDER** |

Pending before the Court is the Plaintiff's Motion for Temporary Restraining Order. (Doc. 2.) The Court heard oral argument on the TRO and will grant the TRO pursuant to the conditions set forth herein, to which the parties have stipulated.

Accordingly,

**IT IS ORDERED THAT**:

1. The Motion for Temporary Restraining Order (Doc. 2) is **granted**.
2. Plaintiff shall pay Defendant the undisputed amount of $1,648,247.50 on or before Wednesday, August 5, 2020 at 5:00 p.m.
3. Plaintiff shall deposit a cash bond in the amount of $533,722.21 with the Clerk of this Court, on or before Wednesday, August 5, 2020 at 5:00 p.m. to cover the amount of disputed funds.
4. Plaintiff shall deposit an additional cash bond in the amount of $100,000, with the Clerk of this Court, on or before Friday, August 7, 2020 at 4:00 p.m. to cover the amount of Defendant's attorneys fees and interest.

5. These funds, as set forth in paragraphs 3 and 4, which are being deposited under 28 U.S.C. § 1335 and pursuant to Fed. R. Civ. P. 67, Local Rule 67.1, and Standing Order 14-1, shall be deposited by the Clerk into the Disputed Ownership Fund ("DOF") established in the Court Registry Investment System ("CRIS") as soon as the business of the office allows, and the Clerk shall deposit these funds into an interest-bearing account. These funds, so invested in the interest-bearing account, shall remain on deposit until further order of this Court. The Clerk shall deduct a fee for handling of the funds, as authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office at or equal to ten percent (10%) of the income earned for deduction in the investment so held and without further order of the Court.

6. In the event that Plaintiff fails to deposit the $100,000 cash bond in accordance with paragraph 4 of this Order, the parties stipulate that the cash bond in the amount of $533,722.21, as set forth in paragraph 3, will be released to Defendant as payment and this case will be dismissed.

Dated this 5th day of August, 2020.

_____
Honorable Rosemary Márquez
United States District Judge